UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
                                      :

FRANGIE ESPINAL, *on behalf of herself and all others*   :
*similarly situated,*   :
                                        :

                Plaintiff,         :        24-CV-8081 (JMF)

                                          :

        -v-                    :         <u>ORDER</u>

                                          :

PICKLEBALL BELLA INC.,           :

                                          :

              Defendant.      :

                                          :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does *not* encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated: October 28, 2024
      New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge